**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robin ECHEVARRIA, Defendant–**
**Appellant.**

No. 06–14973
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 30, 2007.

E. Vaugh Dunnigan, Atlanta, GA, for
Defendant–Appellant.

Amy Levin Weil, U.S. Attorney's Office,
Atlanta, GA, for Plaintiff–Appellee.

Before BLACK, MARCUS and HILL,
Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel
for Robin Echevarria in this direct crimi-
nal appeal, has moved to withdraw from
further representation of the appellant and
filed a brief pursuant to *Anders v. Califor-
nia,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED,** and

Echevarria's convictions and sentences are
**AFFIRMED.**